**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brandon Scott Martin                             CHAPTER 13
                    Debtor(s)

                                                        BKY. NO. 22-13471 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
25 Apr 2023, 15:50:52, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322