**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Brandon Scott Martin | | CHAPTER 13 |
| | Debtor(s) | |
| MidFirst Bank | | |
| | Movant | |
| vs. | | NO. 22-13471 PMM |
| Brandon Scott Martin | | |
| | Debtor(s) | |
| Samantha M Martin | | |
| | Co-Debtor(s) | |
| | | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | | |
| | Trustee | |

**MOTION OF MIDFIRST BANK**
**FOR RELIEF FROM THE AUTOMATIC STAY**

1.      Movant is MidFirst Bank.

2.      Debtor(s) and Co-Debtor(s) are the owner(s) of the premises 9 Broadwing Drive, Denver, PA 17517, hereinafter referred to as the mortgaged premises.

3.      Movant is the holder of a mortgage, original principal amount of $265,109.00 on the mortgaged premises that was executed by Debtor and Co-Debtor as co-mortgagors on April 28, 2020.  The mortgage has been assigned as follows:  FROM New American Funding, LLC F/K/A Broker Solutions, Inc. D/B/A New American Funding TO MidFirst Bank by assignment of mortgage dated May 09, 2023, and recorded in Lancaster County PA on May 09, 2023, as instrument number 6735030.

4.       Scott F. Waterman, is the Trustee appointed by the Court.

5.      The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6.      Debtor(s) and Co-Debtor(s) have failed to make the monthly post-petition mortgage payments in the amount of $1,701.49 for the months of January 2023 through May 2023 plus late charges if applicable.

7.      The total amount necessary to reinstate the loan post-petition is $8,507.45.

8.     Movant is entitled to relief from stay for cause.

9.     This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises.  Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

/s/ Michael P. Farrington

Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant