# EXHIBIT C

| | |
|---|---|
| **Lancaster County**<br>Ann M. Hess<br>Recorder of Deeds<br>150 N. Queen Street<br>Suite 315<br>Lancaster, PA 17603<br>Phone: 717-299-8238<br>Fax: 717-299-8393  | INSTRUMENT # : 6710788<br>RECORDED DATE: 11/02/2022 01:17:13 PM<br><br>**LANCASTER COUNTY ROD** |

**OFFICIAL RECORDING COVER PAGE**  Page 1 of 3

| | |
|---|---|
| **Document Type:** ASSIGNMENT OF MORTGAGE - CORPORATE<br>**Transaction Reference:** eSecureFile : 15341122<br>**Document Reference:** | **Transaction #:** 4088683 - 1 Doc(s)<br>**Document Page Count:** 2<br>**Operator Id:** lgordon |
| **RETURN TO:** (Simplifile)<br>First American Mortgage Solutions - BRECKNOCK TOWNSHIP<br>3 FIRST AMERICAN WAY<br>SANTA ANA, CA 92707<br>(817) 961-2308 | **SUBMITTED BY:**<br>First American Mortgage Solutions - BRECKNOCK TOWNSHIP<br>3 FIRST AMERICAN WAY<br>SANTA ANA, CA 92707 |

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**
6519573

| | |
|---|---|
| **FEES / TAXES:**<br>RECORDING FEE: ASSIGNMENT OF MORTGAGE - CORPORATE $13.00<br>CRC #6544 $2.00<br>RIF #6543 $3.00<br>WRIT TAX $0.50<br>PA SURCHARGE #6548 $40.25<br>**Total:** $58.75 | INSTRUMENT # : 6710788<br>RECORDED DATE: 11/02/2022 01:17:13 PM<br><br>I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Lancaster County, Pennsylvania.<br><br><br><br>Ann M. Hess<br>Recorder of Deeds |

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always controls.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL INFORMATION.

**PENNSYLVANIA**
COUNTY OF **LANCASTER**
LOAN NO.: [REDACTED]

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt whereof is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR BROKER SOLUTIONS, INC., DBA NEW AMERICAN FUNDING, ITS SUCCESSORS AND ASSIGNS** located at **11819 MIAMI ST SUITE 100, OMAHA, NE 68164** or **P.O. Box 2026, FLINT, MICHIGAN 48501-2026**, Assignor, does hereby grant, bargain, assign, transfer, convey, and set over unto **BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING** located at **11001 LAKELINE BLVD #325, AUSTIN, TX 78717**, Assignee, its successors and assigns, that certain Mortgage dated **APRIL 28, 2020** executed by **BRANDON S MARTIN AND SAMANTHA M MARTIN, HUSBAND AND WIFE**, Mortgagor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR BROKER SOLUTIONS, INC., DBA NEW AMERICAN FUNDING, ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, in the amount of **$265,109.00** and recorded on **APRIL 09, 2020** in the Office of the Register, Recorder, or County Clerk of **LANCASTER** County, State of **PENNSYLVANIA**, as Document No. **6519573**, more particularly described and commonly known as:

AS DESCRIBED IN SAID DEED OF TRUST
Property Address: **9 BROADWING DR, DENVER, PA 17517**
**TOWNSHIP OF BRECKNOCK**

TOGETHER WITH all rights, title, and interest in and to the premises, accrued or to accrue under said Mortgage.

TO HAVE AND HOLD the same unto Assignee, its successors and assigns, to Assignees proper use and benefit.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **NOVEMBER 01, 2022**.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR BROKER SOLUTIONS, INC., DBA NEW AMERICAN FUNDING, ITS SUCCESSORS AND ASSIGNS**

_____
**ADDISON RICE, VICE PRESIDENT**

STATE OF **IDAHO**         COUNTY OF **BONNEVILLE**     ) ss.

On **NOVEMBER 01, 2022**, before me, **CANDELARIA SALMERON**, personally appeared **ADDISON RICE** known to me to be the **VICE PRESIDENT** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR BROKER SOLUTIONS, INC., DBA NEW AMERICAN FUNDING, ITS SUCCESSORS AND ASSIGNS** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

*Candelaria Salmeron*
**CANDELARIA SALMERON (COMMISSION EXP. 12/17/2027)**
NOTARY PUBLIC

CANDELARIA SALMERON
Notary Public - State of Idaho
Commission Number 20216027
My Commission Expires Dec 17, 2027

I do hereby certify that the precise address of the Assignee Residence is:
**BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING, 11001 LAKELINE BLVD #325, AUSTIN, TX 78717**

_____
**ADDISON RICE, VICE PRESIDENT**

Page 2 of 2

**Lancaster County**
Ann M. Hess
Recorder of Deeds
150 N. Queen Street
Suite 315
Lancaster, PA 17603
Phone: 717-299-8238
Fax: 717-299-8393



INSTRUMENT # : 6735030
RECORDED DATE: 05/09/2023 08:58:03 AM



**LANCASTER COUNTY ROD**

**OFFICIAL RECORDING COVER PAGE**    Page 1 of 3

| | |
|---|---|
| **Document Type:** ASSIGNMENT OF MORTGAGE - CORPORATE<br>**Transaction Reference:** eSecureFile : 16057174<br>**Document Reference:** | **Transaction #:** 4110827 - 1 Doc(s)<br>**Document Page Count:** 2<br>**Operator Id:** kiwright |
| **RETURN TO:** (Simplifile)<br>Nationwide Title Clearing, LLC - DENVER BOROUGH<br>2100 Alt 19<br>Palm Harbor, FL 34683-2620<br>(727) 771-4000 | **SUBMITTED BY:**<br>Nationwide Title Clearing, LLC - DENVER BOROUGH<br>2100 Alt 19<br>Palm Harbor, FL 34683-2620 |

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**
6519573

| | |
|---|---|
| **FEES / TAXES:**<br>RECORDING FEE: ASSIGNMENT<br>OF MORTGAGE - CORPORATE    $13.00<br>CRC #6544    $2.00<br>RIF #6543    $3.00<br>WRIT TAX    $0.50<br>PA SURCHARGE #6548    $40.25<br>**Total:**    $58.75 | INSTRUMENT # : 6735030<br>RECORDED DATE: 05/09/2023 08:58:03 AM<br><br>I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Lancaster County, Pennsylvania.<br><br><br><br>Ann M. Hess<br>Recorder of Deeds |

# PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always controls.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL INFORMATION.

Prepared By:
Jennifer Zak/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Midland Mortgage, a Division of MidFirst Bank
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **NEW AMERICAN FUNDING, LLC F/K/A BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING, WHOSE ADDRESS IS 14511 MYFORD ROAD, SUITE 100, TUSTIN, CA 92780,** (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (800)654-4566, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 04/28/2020, in the amount of $265,109.00 made by **BRANDON S MARTIN AND SAMANTHA M MARTIN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING, ITS SUCCESSORS AND ASSIGNS** recorded on 04/29/2020, in the Office of the Recorder of Deeds of **LANCASTER** County, in the State of **Pennsylvania**, in **Instrument # 6519573**.

Property is more commonly known as: 9 BROADWING DR BRECKNOCK TOWNSHIP, DENVER, PA 17517.

**Dated this 09th day of May in the year 2023**
NEW AMERICAN FUNDING, LLC F/K/A BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING, by MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, its Attorney-in-Fact

By: *[signature]*
SUSAN HICKS
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 09th day of May in the year 2023, by Susan Hicks as VICE PRESIDENT of MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION as Attorney-in-Fact for NEW AMERICAN FUNDING, LLC F/K/A BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.



VICKY MCCOY
COMM EXPIRES: 12/18/2026

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

Assignment of Mortgage from:
NEW AMERICAN FUNDING, LLC F/K/A BROKER SOLUTIONS, INC. D/B/A NEW AMERICAN FUNDING, WHOSE ADDRESS IS 14511 MYFORD ROAD, SUITE 100, TUSTIN, CA 92780, (ASSIGNOR),
to:
MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (800)654-4566, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

Mortgagor: **BRANDON S MARTIN AND SAMANTHA M MARTIN**

All that certain lot or piece of ground situated in
Mortgage Premises: 9 BROADWING DR BRECKNOCK TOWNSHIP
                   DENVER, PA 17517
                   LANCASTER
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

**Certificate of Residence**

I, **Susan Hicks**, do certify that the precise address of the within named Assignee is:
MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (800)654-4566, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

SUSAN HICKS
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.