## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Brandon Scott Martin | | CHAPTER 13 |
| Debtor(s) | | |
| MidFirst Bank | | |
| Movant | | |
| vs. | | NO. 22-13471 PMM |
| Brandon Scott Martin | | |
| Debtor(s) | | |
| Samantha M Martin | | |
| Co-Debtor(s) | | 11 U.S.C. Section 362 and 1301 |
| Scott F. Waterman | | |
| Trustee | | |

### CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esquire, attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of MidFirst Bank for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on May 16, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Brandon Scott Martin
9 Broadwing Drive
Denver, PA 175147

Samantha M Martin
9 Broadwing Drive
Denver, PA 175147

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: May 16, 2023

/s/ Michael P. Farrington

Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322
Fax: (215) 627-7734
Attorneys for Movant/Applicant