United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 22-13471-pmm
Brandon Scott Martin                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Scott Martin, 9 Broadwing Drive, Denver, PA 17517-9765 |
| 14748077 | + | Broker Solutions Inc., dba New American Funding, c/o Lorraine Gazzara Doyle, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14777262 | + | MidFirst Bank, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 26 2023 01:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 26 2023 01:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2023 01:15:52 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14763293 | + | Email/Text: bncmail@w-legal.com | May 26 2023 01:12:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14746150 | + | Email/Text: rm-bknotices@bridgecrest.com | May 26 2023 01:12:00 | Bridgecrest, 7300 East Hampton Ave, No. 101, Mesa AZ 85209-3324 |
| 14747535 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 26 2023 01:15:55 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14777058 | ^ | MEBN | May 26 2023 01:08:14 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14772703 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2023 01:16:02 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14747949 | | Email/Text: Bankruptcy@nafinc.com | May 26 2023 01:12:00 | Broker Solutions Inc. dba New American Funding, 11001 Lakeline Blvd, No 325, Austin , TX , 78717 |
| 14746149 | | Email/Text: Bankruptcy@nafinc.com | May 26 2023 01:12:00 | New American Funding, 14511 Myford Road, Suite 100, Tustin CA 92780 |
| 14764151 | + | Email/Text: Bankruptcy@nafinc.com | May 26 2023 01:12:00 | New American Funding, LLC, 11001 Lakeline Blvd., No. 325, Austin, TX 78717-6048 |
| 14746438 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2023 01:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 16

| 14746472 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | May 26 2023 01:15:49 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NEW AMERICAN FUNDING, ATTN BANKRUPTCY DEPARTMENT, P O BOX 170581, AUSTIN TX 78717-0031, address filed with court:, Broker Solutions Inc. dba New American Funding, 11001 Lakeline Blvd, No 325, Austin, TX 78717 |
| 14763295 | *+ | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Broker Solutions Inc. dba New American Funding ldoyle@logs.com cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

     Brandon Scott Martin

               Debtor

Chapter 13

Bankruptcy No. 22-13471-PMM

**ORDER DISMISSING CHAPTER 13 CASE**

     AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

     IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 25, 2023**

_____

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE