**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Brandon S. Martin, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 22-13471 (PMM) |

## O R D E R

**AND NOW,** upon consideration of the Motion for Relief filed by MidFirst Bank (doc. #34, the "Motion");

**BUT** this bankruptcy case having been dismissed on May 25, 2023;

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

Date: 6/7/23

*/s/ Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**